IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| DON DENNE and PHILIP KING, <br><br> Plaintiffs, <br><br> v. <br><br> SALT LAKE CITY, <br><br> Defendant. | **JUDGMENT** <br><br> Case No. 2:23-cv-00779-JNP-JCB <br><br> District Judge Jill N. Parrish |

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant Salt Lake City and against plaintiffs Don Denne and Philip King.

Signed August 19, 2025.

BY THE COURT

_____
Jill N. Parrish
United States District Court Judge